UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ALCOVIA AVOUSTUS JOHNSON | : CASE NUMBER A25-51812-JWC |
|     DEBTOR | : |
| | : |

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on August 19, 2025:**

As to whether the Debtor's plan payments are current

As to whether the Debtor filed a Pre-Confirmation Plan Modification

**The Attorney for the Trustee has reviewed the case and:**

Recommends dismissal because:

The Debtor has failed to fund the plan

The Debtor has failed to file a Pre-Confirmation Plan Modification

*Please enter an Order of Dismissal*

This the 18th day of September, 2025.

                              __/s/_____
                              Julie M. Anania,
                              Attorney for Chapter 13 Trustee
                              GA Bar Number 477064
                              303 Peachtree Center Ave., NE
                              Suite 120
                              Atlanta, GA  30303
/mep                        janania@njwtrustee.com

# CERTIFICATE OF SERVICE

Case No: A25-51812-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report following Confirmation Hearing to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

ALCOVIA AVOUSTUS JOHNSON
6294 BARKER STATION WALK
BUFORD, GA 30518

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report following Confirmation Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

RICKMAN & ASSOCIATES, PC

This the 18th day of September, 2025.

/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201